

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2019

No. 04-18-00833-CV

**IN THE INTEREST OF M.A.G. AND Z.A.G., CHILDREN**,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2017FLI001815 C3
Honorable Sid L. Harle, Judge Presiding

## O R D E R

The trial court's judgment was signed on October 12, 2018. Because appellant timely filed a motion for new trial and notice of appeal, the clerk's record and reporter's record were due to be filed in this court on February 11, 2019. *See* TEX. R. APP. P. 35.1(a). The trial court clerk and court reporter have filed notifications of late record stating that appellant has failed to request and pay, or make arrangements to pay, the fees for preparing the clerk's record and reporter's record, and that appellant is not entitled to appeal without paying the fee.

Accordingly, it is ORDERED that appellant provide written proof to this court *within ten (10) days* of the date of this order that ___either___ (1) the clerk's fee for preparing the clerk's record has been paid or arrangements have been made to pay the clerk's fee and the contents of the clerk's record have been designated, and (2) a written request has been made for preparation of the reporter's record pursuant to TEX. R. APP. P. 34.6 (b)(1), and the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; ___or___ (3) appellant is entitled to appeal without paying the clerk's fee and the court reporter's fee.

If appellant fails to respond within the time provided, and the clerk's record is not timely filed, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court